# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00704-CV

**Rhett Webster Pease, Appellant**

**v.**

**Texas Attorney General, Appellee**

### FROM THE DISTRICT COURT OF LEE COUNTY, 21ST JUDICIAL DISTRICT
### NO. 12,380, HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Rhett Webster Pease has filed a notice of appeal from an "Order for Issuance of Capias" issued by the trial court on July 27, 2007. Appellant's notice of appeal is untimely because it was filed more than thirty days after the order appealed from was signed by the trial court. *See* Tex. R. App. P. 26.1. In addition, appellant appeals from an interlocutory order, not a final judgment.

This Court lacks jurisdiction over an appeal from an interlocutory order unless jurisdiction is specifically provided by statute. *See Stary v. DeBord*, 967 S.W.2d 352, 352-53 (Tex. 1998); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992). No statute authorizes an interlocutory appeal from an order for issuance of capias. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014 (West Supp. 2007) (providing for appeal from certain interlocutory orders). Accordingly, we dismiss this appeal for want of jurisdiction.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed for Want of Jurisdiction

Filed:   January 8, 2008